**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-27849 |
| | § | |
| CLARENCE APPLETON, Sr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $7,333.00 | Assets Exempt: | $21,700.00 |
| Total Distributions to Claimants: | $6,514.95 | Claims Discharged Without Payment: | $17,845.49 |
| Total Expenses of Administration: | $3,537.76 | | |

3) Total gross receipts of $10,052.71 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,052.71 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $22,781.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,537.76 | $3,537.76 | $3,537.76 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $24,629.98 | $12,834.96 | $12,834.96 | $6,514.95 |
| **Total Disbursements** | $47,410.98 | $16,372.72 | $16,372.72 | $10,052.71 |

4). This case was originally filed under chapter 7 on 08/30/2016. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2017        By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Bank of America | 1129-000 | $1,957.49 |
| Life Insurance: State FarmCash Surrender Value: $3327.00; Beneficiary: (non-dependent son) Clarence Appleton Jr. | 1129-000 | $3,326.70 |
| Savings Bank of America | 1129-000 | $2,026.82 |
| State Farm Whole Life Insurance (Insured: Abigail Appleton; Beneficiary: Debtor) | 1229-000 | $1,072.28 |
| State Farm Whole Life Insurance (Insured: Daryl Appleton; Beneficiary: Debtor) | 1229-000 | $1,669.42 |
| **TOTAL GROSS RECEIPTS** | | $10,052.71 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | 4110-000 | $22,781.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $22,781.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,755.27 | $1,755.27 | $1,755.27 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $15.96 | $15.96 | $15.96 |
| Green Bank | 2600-000 | NA | $11.67 | $11.67 | $11.67 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,747.50 | $1,747.50 | $1,747.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $7.36 | $7.36 | $7.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,537.76 | $3,537.76 | $3,537.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $11,560.50 | $11,560.02 | $11,560.02 | $5,867.80 |
| 2 | Portfolio Recovery Associates, LLC | 7100-900 | $1,544.00 | $1,274.94 | $1,274.94 | $647.15 |
|  | Bank Of America | 7100-000 | $6,669.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank | 7100-000 | $3,729.00 | $0.00 | $0.00 | $0.00 |
|  | Peoples Gas | 7100-000 | $70.00 | $0.00 | $0.00 | $0.00 |
|  | Pinnacle Automotive Protection | 7100-000 | $407.48 | $0.00 | $0.00 | $0.00 |
|  | Syncb/care Credit | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank/Pearle | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,629.98 | $12,834.96 | $12,834.96 | $6,514.95 |

Case 16-27849 Doc 46 Filed 10/11/17 Entered 10/11/17 14:21:23 Desc Main
Document Page 5 of 9

FORM 1

Page No: 1    Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-27849 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | APPLETON, Sr., CLARENCE | | | Date Filed (f) or Converted (c): | 08/30/2016 (f) |
| For the Period Ending: | 9/22/2017 | | | §341(a) Meeting Date: | 09/22/2016 |
| | | | | Claims Bar Date: | 04/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6538 South Wolcott Avenue Chicago, IL - 60636-0000 Cook County Value Per CMA | $22,333.00 | $12,219.00 | | $0.00 | FA |
| 2 | 1998 Ford Explorer (187k miles) | $1,050.00 | $0.00 | | $0.00 | FA |
| 3 | Misc used household goods and furnishings. | $550.00 | $0.00 | | $0.00 | FA |
| 4 | 3 Televisions, 1 Stereo not operational, Telephone and Cell Phone | $380.00 | $0.00 | | $0.00 | FA |
| 5 | Hand Tools, Bowling Balls, | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Necessary Wearing Apparel | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Bank of America | $3,821.00 | $1,957.49 | | $1,957.49 | FA |
| **Asset Notes:** | Actual balance: $3,457.49 | | | | | |
| 9 | Savings Bank of America | $2,376.84 | $2,026.82 | | $2,026.82 | FA |
| **Asset Notes:** | Actual Balance: $3,526.82 | | | | | |
| 10 | Bank of America $6645.94 Debtor has no interest in account beyond status as Guardian for Disable Daughter | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Bank of America $6650.59 Debtor has no interest in account beyond status as Guardian for Disable Son | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Pension Bakery and Confectionery Union and Industry International Pension Fund | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Life Insurance: State Farm Cash Surrender Value: $3327.00; Beneficiary: (non-dependent son) Clarence Appleton Jr. | $3,327.00 | $3,327.00 | | $3,326.70 | FA |
| **Asset Notes:** | Testified that while son is disabled, he does not live with the debtor, nor does debtor claim him as dependent. | | | | | |
| 14 | State Farm Whole Life Insurance (Insured: Daryl Appleton; Beneficiary: Debtor) (u) | $1,669.35 | $1,669.35 | | $1,669.42 | FA |
| 15 | State Farm Whole Life Insurance (Insured: Abigail Appleton; Beneficiary: Debtor) (u) | $1,072.05 | $1,072.05 | | $1,072.28 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 16-27849 | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | APPLETON, Sr., CLARENCE | | **Date Filed (f) or Converted (c):** | 08/30/2016 (f) |
| **For the Period Ending:** | 9/22/2017 | | **§341(a) Meeting Date:** | 09/22/2016 |
| | | | **Claims Bar Date:** | 04/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**                                                                                                                                                  **Gross Value of Remaining Assets**

|   | $36,949.24 | $22,271.71 |   | $10,052.71 | $0.00 |

**Initial Projected Date Of Final Report (TFR):** 12/25/2017    **Current Projected Date Of Final Report (TFR):** 06/02/2017    /s/ DAVID LEIBOWITZ
                                                                                                                                    DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-27849 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | APPLETON, Sr., CLARENCE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4251 | | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/30/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/22/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/23/2017 | | APPLETON, Sr., CLARENCE | Pursuant to Order Directing Turnover: Non-Exempt Funds in Bank Accounts | * | $3,984.31 | | $3,984.31 |
| | {8} | | Non-Exempt Funds in Bank Accounts  $1,957.49 | 1129-000 | | | $3,984.31 |
| | {9} | | Non-Exempt Funds in Bank Accounts  $2,026.82 | 1129-000 | | | $3,984.31 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.41 | $3,983.90 |
| 03/20/2017 | | APPLETON, Sr., CLARENCE | Pursuant to Order Directing Turnover: Cash Surrender Value of All Life Insurance Policies | * | $6,068.40 | | $10,052.30 |
| | {13} | | Pursuant to Order Directing Turnover: Cash Surrender Value of All Life Insurance Policies  $3,326.70 | 1129-000 | | | $10,052.30 |
| | {14} | | Pursuant to Order Directing Turnover: Cash Surrender Value of All Life Insurance Policies  $1,669.42 | 1229-000 | | | $10,052.30 |
| | {15} | | Pursuant to Order Directing Turnover: Cash Surrender Value of All Life Insurance Policies  $1,072.28 | 1229-000 | | | $10,052.30 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $11.26 | $10,041.04 |
| 08/07/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $7.36; Distribution Dividend: 100.00%; | 3120-000 | | $7.36 | $10,033.68 |
| 08/07/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $1,747.50; Distribution Dividend: 100.00%; | 3110-000 | | $1,747.50 | $8,286.18 |
| 08/07/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,755.27 | $6,530.91 |
| 08/07/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $15.96 | $6,514.95 |
| 08/07/2017 | 3005 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: $11,560.02; Distribution Dividend: 50.76%; | 7100-900 | | $5,867.80 | $647.15 |
| 08/07/2017 | 3006 | Portfolio Recovery Associates, LLC | Claim #: 2; Amount Claimed: $1,274.94; Distribution Dividend: 50.76%; | 7100-900 | | $647.15 | $0.00 |

**SUBTOTALS**  $10,052.71    $10,052.71

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-27849 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | APPLETON, Sr., CLARENCE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4251 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/30/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,052.71 | $10,052.71 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $10,052.71 | $10,052.71 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,052.71 | $10,052.71 | |

**For the period of 8/30/2016 to 9/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $10,052.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,052.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,052.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,052.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/23/2017 to 9/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $10,052.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,052.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,052.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,052.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit 9

| Case No. | 16-27849 | Trustee Name: | David Leibowitz |
| Case Name: | APPLETON, Sr., CLARENCE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4251 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/30/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,052.71 | $10,052.71 | $0.00 |

**For the period of 8/30/2016 to 9/22/2017**

| Total Compensable Receipts: | $10,052.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,052.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,052.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,052.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/30/2016 to 9/22/2017**

| Total Compensable Receipts: | $10,052.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,052.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,052.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,052.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ